born on March 5, 1964. Ms. Cullom's memory of the events surrounding the birth is vague. She remembers no names or exact dates. She does not remember contents of conversations. Crittenton has not operated a maternity hospital since 1973. Enforcing the statute of limitations in this case serves the important policy of precluding claims that cannot, due to the passage of time, be investigated properly as to their validity, *see Wheeler v. Missouri Pac. R. Co.*, 328 Mo. 888, 42 S.W.2d 579, 583–84 (1931), and precluding claims which the defendant could have no reasonable opportunity to defend, *Baron v. Kurn*, 349 Mo. 1202, 164 S.W.2d 310, 317 (1942). The trial court did not err in ruling that the applicable statute of limitations bars this action.

The judgment of the trial court is affirmed.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Claimant, Josephine Flowers, appeals from a workers' compensation award issued by the Labor and Industrial Relations Commission.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).

**Josephine FLOWERS,
Employee/Appellant,**

v.

**DOBBS INTERNATIONAL SERVICES,
Employer/Respondent,**

and

**Liberty Mutual Insurance Company,
Insurer/Respondent.**

No. 72397.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 13, 1998.

Harry H. Nichols, St. Louis, for appellant.

Michael A. Shaughnessy, Jr., St. Louis, for Dobbs International Svcs.

**Steve DIECKMANN,
Respondent/Employee,**

v.

**JEFFERSON/KEELER PRINTING CO., Employer/Appellant,**

and

**General Accident Group,
Insurer/Appellant,**

and

**Treasurer of the State of Missouri,
as Custodian for the Second
Injury Fund, Appellant.**

No. 72449.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 13, 1998.